IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK ASHELY WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:04-CV-0728-D |
| VS. | § | |
| | § | |
| T. SIMPSON, WARDEN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, defendants' January 23, 2006 motion for summary judgment is granted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED.**

April 18, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE